UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOMAYA MIRREH, an individual,

          Plaintiff,

  v.

MID-CENTURY INSURANCE COMPANY, a foreign insurance company doing business in the state of Washington,

          Defendant.

No.:  2:25-cv-00933-RSM

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

## STIPULATION

The parties hereto, Somaya Mirreh and Defendant Mid-Century Insurance Company, by and through their respective attorneys of record, hereby stipulate and agree that all claims asserted in this action by either party against the other have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

DATED this 30th day of June, 2025.

| | |
|---|---|
| BRUMLEY LAW FIRM, PLLC<br>**per email authority 6/30/25* | NICOLL BLACK ALTENBRUN & FEIG PLLC |
| */s/ Abraham K. Afshar*<br>Joshua Brumley, WSBA #49581<br>Abraham K. Afshar, WSBA #57238<br>*Attorneys for Plaintiff Somaya Mirreh* | */s/ Matthew Erickson*<br>Matthew Erickson, WSBA # 43790<br>*Attorneys for Defendant Mid-Century Insurance Company* |

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE - 1
(CASE NO. 2:25-cv-00933-RSM)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

HELSELL FETTERMAN LLP
*\*\* per email authority 6/30/25*

*/s/ Shawn Q. Butler*
Shawn Q. Butler, WSBA # 45731
*Co-Counsel for Defendant Mid-Century Insurance Company*

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE - 2
(CASE NO. 2:25-cv-00933-RSM)

# ORDER

PURSUANT TO THE ABOVE STIPULATION, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims by Plaintiff Somaya Mirreh and Defendant Mid-Century Insurance Company are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

DATED this __1st____ day of ____July_____, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE